Commonwealth *v.* King, Appellant.

Submitted March 1, 1976. *Robert L. King*, appellant, in propria persona; *Marion E. MacIntyre*, Second Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded for an evidentiary hearing on effectiveness of trial counsel. See *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).